**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Taronis Fuels, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **MagneGas Welding Supply, LLC**<br>**Taronis Technologies, Inc.**<br>**MagneGas Applied Technology Solutions, Inc.**<br>**MagneGas Corporation** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **32-0547454** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| | | **24980 N. 83rd Avenue, Suite 100**<br>**Peoria, AZ 85383**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://taronisfuels.com/** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Taronis Fuels, Inc.**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3324_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District | When | Case number |

Debtor    **Taronis Fuels, Inc.**                                              Case number (*if known*) _____
       Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See attached Rider.**                            Relationship  _____

District  _____    When  _____    Case number, if known  _____

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____
                       Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

---

██ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Taronis Fuels, Inc.**                                                    Case number (*if known*) _____
          Name

**16.    Estimated liabilities**

☐ $0 - $50,000                 ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000           ■ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Taronis Fuels, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/11/2022**
MM / DD / YYYY

X _R. Ruyle (signature)_
Signature of authorized representative of debtor

Title   **Chief Executive Officer, Taronis Fuels, Inc.**

**R. Jered Ruyle**
Printed name

**18. Signature of attorney**

X _Katherine Good (signature)_
Signature of attorney for debtor

Date   **11/11/2022**
MM / DD / YYYY

**L. Katherine Good**
Printed name

**Potter Anderson & Corroon LLP**
Firm name

**1313 North Market Street, 6th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-984-6000**      Email address   **kgood@potteranderson.com**

**5101 DE**
Bar number and State

**RIDER**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (including the debtor in this chapter 11 case, collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have moved for joint administration of their cases with the lead case number assigned to the chapter 11 case of debtor Taronis Fuels, Inc.

1. Taronis Fuels, Inc.

2. MagneGas Welding Supply – West, LLC

3. Taronis Sub III LLC

4. MagneGas Welding Supply – South, LLC

5. Taronis-TAS, LLC

6. Taronis-TAH, LLC

7. Taronis Sub I LLC

8. Taronis Sub II LLC

9. MagneGas Real Estate Holdings, LLC

10. MagneGas IP, LLC

11. MagneGas Production, LLC

**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
TARONIS FUELS, INC.**

November 11, 2022

THE UNDERSIGNED, being all of the members of the Board of Directors (the "**Board**") of Taronis Fuels, Inc., a Delaware corporation (the "**Corporation**"), do hereby waive notice for a meeting and hereby consent to the adoption of the following resolutions, which resolutions are adopted as of the date on which the last director's signature is obtained and shall have the same force and effect as if such resolutions were adopted by unanimous vote of the Board at a duly convened meeting held for such purpose, all in accordance with Section 141(f) of the general corporation law of Delaware:

**CHAPTER 11 CASE**

WHEREAS, the Board has considered presentations by the management and the financial and legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the effect of the foregoing on the Corporation's business;

WHEREAS, the Board has considered the financial and operational aspects of the Corporation's business and the recommendations of the Corporation's professionals and advisors and has deemed it desirable and in the best interest of the Corporation, its creditors, stockholders, and other interested parties that a petition (the "**Petition**") be filed by the Corporation and each of its wholly-owned U.S. subsidiaries (the "**Subsidiaries**") seeking relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"); and

WHEREAS, the Board has reviewed a copy of the Petition and discussed it with the Corporation's professionals and advisors.

NOW THEREFORE, BE IT RESOLVED, that the Petition be, and hereby is, authorized and approved; and be it further

RESOLVED, that the Corporation be, and hereby is, authorized to file or cause to be filed a chapter 11 case (the "**Chapter 11 Case**") under the provisions of the Bankruptcy Code in the Bankruptcy Court; and be it further

RESOLVED, that Tim Turek be, and hereby is, appointed as Chief Restructuring Officer ("**CRO**") to act on behalf of the Corporation and that the appointment of Tim Turek as CRO of each Subsidiary be, and hereby is, authorized and approved ; and be it further

RESOLVED, that each officer of the Corporation (including without limitation the CRO) and each of their respective designees and delegates (collectively, the "**Authorized Officers**"), acting alone or with one or more Authorized Officers, be, and hereby is, authorized, empowered and directed on behalf of and in the name of the Corporation to execute, verify, and cause to be filed all petitions, schedules, lists, motions, applications, pleadings and other papers or documents,

necessary to commence a case and obtain relief under the Bankruptcy Code, including but not limited to motions to obtain the use of cash collateral and provide adequate protection therefor, to obtain debtor in possession financing, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the Corporation's Chapter 11 Case, with a view to the successful prosecution of such case.

### RETENTION OF PROFESSIONALS

RESOLVED, that the Corporation be, and hereby is, authorized and empowered to employ Aurora Management Partners, Inc. to provide interim management and restructuring advisory services to the Corporation, subject to any requisite Bankruptcy Court approval; and be it further

RESOLVED, that the Corporation be, and hereby is, authorized and empowered to employ the law firm of Potter Anderson & Corroon LLP as general bankruptcy counsel to represent and assist the Corporation in the Chapter 11 Case, subject to any requisite Bankruptcy Court approval; and be it further

RESOLVED, that the Corporation be, and hereby is, authorized and empowered to employ Donlin Recano & Company, Inc. as claims and noticing agent and administrative agent for the Corporation in the Chapter 11 Case, subject to any requisite approval of the Bankruptcy Court; and be it further

RESOLVED, that the Corporation be, and hereby is, authorized and empowered to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and be it further

RESOLVED, that each Authorized Officer be, and hereby is, authorized, empowered and directed, on behalf of and in the name of the Corporation, to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed an appropriate application for authority to retain the services of each of the forgoing professionals and advisors, and any other professionals or advisors as such Authorized Officer deems necessary, appropriate or desirable; and be it further

RESOLVED, that each Authorized Officer be, and hereby is, authorized, empowered and directed, on behalf of and in the name of the Corporation, to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, in connection therewith employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Corporation's Chapter 11 Case, with a view to the successful prosecution of this case.

### DIP FINANCING

WHEREAS, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors and other parties-in-interest, taken as a whole, that the Corporation obtain the use of cash collateral and post-petition financing.

NOW THEREFORE, BE IT RESOLVED, that each Authorized Officer, and any employee or agent (including counsel) designated by or directed by such Authorized Officer, be and hereby is, authorized, empowered and directed, on behalf of and in the name of the Corporation, to negotiate and obtain the use of cash collateral and post-petition financing and to enter into and execute any financing or cash collateral agreement and all documents ancillary thereto on terms and conditions as such Authorized Officer in his/her discretion may deem necessary, appropriate or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein.

**SALE OF ASSETS**

WHEREAS, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other parties-in-interest, taken as a whole, that the Corporation sell substantially all of its assets to a purchaser or purchasers pursuant to section 363 of the Bankruptcy Code.

NOW THEREFORE, BE IT RESOLVED, that each Authorized Officer and any employee or agent (including counsel) designated by or directed by such Authorized Officer be, and hereby is, authorized, empowered and directed, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such further actions, and to execute, and deliver any asset purchase agreement or similar document and any and all such ancillary agreements, certificates, instruments and other documents, as such Authorized Officer in his/her discretion may deem necessary, appropriate or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein.

**GENERAL**

RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Authorized Officers and the employees or agents (including counsel) designated by or directed by any Authorized Officer, each Authorized Officer and any employee or agent (including counsel) designated by or directed by such Authorized Officer be, and hereby is, authorized, empowered and directed, in the name of and behalf of the Corporation, in its own capacity and in its capacity as a member of any of the Subsidiaries, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such further agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, as such Authorized Officer in his/her discretion may deem necessary, appropriate or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it further

RESOLVED, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waives any right to receive such notice; and be it further

RESOLVED, that all actions taken by any Authorized Officer to carry out the purposes and intent of the foregoing resolutions prior to their adoption be, and hereby are, approved, ratified and confirmed; and be it further

RESOLVED, that each Authorized Officer be, and hereby is, authorized, empowered and directed to take all actions, or to not take any action in the name of the Corporation, with respect to the transactions contemplated by these resolutions, as such Authorized Officer shall deem necessary, appropriate or desirable in such Authorized Officer's reasonable business judgment to effectuate the purposes of the transactions contemplated herein; and be it further

This consent shall be filed with the minutes of meetings of the Board of Directors of the Corporation and shall be treated for all purposes as action taken at a meeting.

This Consent may be executed in one or more counterparts.

*Signature Page Follows*

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date set forth below his or her signature.

DocuSigned by:

*Rick Steinseifer*

5C0A7525EC9A4D5...

Rick Steinseifer
Date: 11/11/2022

DocuSigned by:

*Tim Bernlohr*

55490FF9FB5E49F...

Tim Bernlohr
Date: 11/11/2022

DocuSigned by:

*R. Jered Ruyle*

29E1675912184CD...

R. Jered Ruyle
Date: 11/11/2022

Being all of the directors of:
Taronis Fuels, Inc.

5

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Taronis Fuels, Inc., et al. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 22-_____ |

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis    12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. **Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Securities and Exchange Commission US Securities and Exchange Commission Miami Regional Office 801 Brickell Ave, Suite 1950, Miami FL 33131 | help@sec.gov Tel: 305-982-6300 | Settlement | ☐ C ☐ U ☐ D | | | $3,830,925.38 |
| 2 | Merchant Livestock 129 Pearon Ln Eunice NM 88231 | Clabe Pearson clabe@merchantlivestock.com Tel: 443-540-3712 | Convertible Noteholder | ☐ C ☐ U ☐ D | | | $2,500,000.00 |
| 3 | Hogan Lovells US LLP 1601 Wewatta Street Suite 900 Denver CO 80202 | david.crandall@hoganlovells.com Tel: 202-637-5600 | Legal Counsel | ☐ C ☐ U ☐ D | | | $508,072.37 |
| 4 | Robbie I Clark, Trustee 530 N Cross St. Lodi CA 95242 | Bill Clark billclark@magnegas.com Tel: 209-986-7291 | Valley Welding Supply - Lodi (Omnibus Agmnt) | ☐ C ☐ U ☐ D | | | $418,713.88 |
| 5 | Messer LLC 200 Somerset Corporate Ste 7000 Bridgewater NJ 08807-2662 | Lisa Mantoni lisa.mantoni@messer-usa.com Tel: 908 464-8100 | Supplier | ☐ C ☐ U ☐ D | | | $366,264.93 |
| 6 | Matheson Tri-Gas 4571 62nd Avenue North Pinellas Park FL 33781 | contactus@matheson.com Tel: 727 522-9405 | Supplier | ☐ C ☐ U ☐ D | | | $277,420.15 |

Debtor    **Taronis Fuels, Inc., et al.**                                    Case number *(if known)* **22-_____**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  Joe Knieriem<br>Address Intentionally Omitted | Joe Knieriem<br>joeknieriem@magnegas.com<br>Tel: Intentionally Omitted | Debt - Non-Compete | ☐ C<br>☐ U<br>☐ D | | | $250,000.00 |
| 8  Bob Baker<br>Address Intentionally Omitted | Bob Baker<br>bobbaker@magnegas.com<br>Tel: Intentionally Omitted | Debt - Non-Compete | ☐ C<br>☐ U<br>☐ D | | | $200,000.00 |
| 9  Miller Electric<br>1635 W Spencer St<br>Appleton WI 54914 | info@millerwelds.com<br>Tel: 920-734-9821 | Supplier | ☐ C<br>☐ U<br>☐ D | | | $161,629.24 |
| 10  Airgas/Nitrous Oxide Corp<br>2530 Sever Road, Suite 300<br>Lawrenceville GA 30043 | Todd Simpson<br>Todd.Simpson@airgas.com<br>Tel: 613-213-1917 | Supplier | ☐ C<br>☐ U<br>☐ D | | | $130,919.30 |
| 11  Jasic Technologies/Razorweld<br>25503 74th Avenue S<br>Kent WA 98032-6012 | Chris Dickinson<br>chris@razorweld.com<br>Tel: 206-432-6483 | Supplier | ☐ C<br>☐ U<br>☐ D | | | $128,304.00 |
| 12  Weldcote Metals<br>PO Box 841928<br>Boston MA 02284-1928 | Cindy Peeler<br>cpeeler@weldcotemetals.com<br>Tel: 877 866-4115 | Supplier | ☐ C<br>☐ U<br>☐ D | | | $116,095.79 |
| 13  Vaco LLC<br>5501 Virginia Way, Suite 120<br>Brentwood TN 37027 | Valdo Melton<br>vmelton@vaco.com<br>Tel: 615-324-8226 | Consultants | ☐ C<br>☐ U<br>☐ D | | | $94,006.25 |
| 14  ORS Nasco<br>One Pkwy North Blvd, St<br>Deerfield IL 60015 | Kimberly Pressley<br>kimberly.pressley@orsnasco.com<br>Tel: 918 687-5441 | Supplier | ☐ C<br>☐ U<br>☐ D | | | $92,791.78 |
| 15  Expo Propane<br>11021 Garvey Ave<br>El Monte CA 91733 | Monica Nevarez-Lara<br>Monican@expopropane.com<br>Tel: 818-838-4400 | Supplier | ☐ C<br>☐ U<br>☐ D | | | $87,808.89 |
| 16  Pferd Inc.<br>PO Box 8849<br>Carol Stream IL 60197-8849 | Carl Bing<br>cbing@pferdusa.com<br>Tel: 800 342-9015 | Supplier | ☐ C<br>☐ U<br>☐ D | | | $86,352.64 |

Debtor   **Taronis Fuels, Inc., et al.**  Case number *(if known)* **22-_____**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 Lewis Brisbois Bisgaard & Smith LLP 2929 N.Central Ave. Suite 1700 Phoenix AZ 85012 | Kerri Schooley kerri.schooley@lewisbrisbois.com Tel: 602-385-1040 | Legal Counsel | ☐ C ☐ U ☐ D | | | $70,653.14 |
| 18 Air Products And Chemical PO Box 71200 Mail Code: 5701 Charlotte NC 28272-1200 | customersupport@airproducts.com Tel: 877 210-0611 | Supplier | ☐ C ☐ U ☐ D | | | $66,803.59 |
| 19 Alltra Corporation PO Box 370 Dewey OK 74029 | accounts.receivable@alltracorp.com Tel: 918-534-5102 | Supplier | ☐ C ☐ U ☐ D | | | $62,016.37 |
| 20 Guillermo Gallardo c/o Law Offices of David Kestner & Associates, APC David Kestner, CEO 410 East Merced Avenue, Ste B, West Covina CA 91760 | Guillermo Gallardo guillermo@completewelding.com Tel: 888-898-7322 | Landlord | ☐ C ☐ U ☑ D | | | $56,000.00 |
| 21 Rigoli Pacific 1983 Potrero Grande Drive Monterey Park CA 91755 | Dominic Rigoli Dominic.rigoli@yahoo.com Tel: 626 573-0242 | Supplier | ☐ C ☐ U ☐ D | | | $51,820.11 |
| 22 Collins/Pinnacle Propane 1445 East Fm 544 Wylie TX 75098 | Sammi Hess sammi.hess@pinnaclpropane.com Tel: 945-468-5901 | Supplier | ☐ C ☐ U ☐ D | | | $49,537.60 |
| 23 Black Mountain Investment Company, LLC 2200 E Camelback Rd, Ste 207 Phoenix AZ 85016 | info@blackmountain.com Tel: 602-956-5636 | Landlord | ☐ C ☐ U ☐ D | | | $49,199.77 |
| 24 Holland & Hart P.O. Box 17283 Denver CO 80217-0283 | Brian Hoffman bnhoffman@hollandhar.com Tel: 303-295-8000 | Legal Counsel | ☐ C ☐ U ☐ D | | | $48,325.34 |
| 25 Lime City Propane 1820 N. 350 E. Huntington IN 46750 | Cassie Cotton limecitypropane@gmail.com Tel: 260 358-7977 | Supplier | ☐ C ☐ U ☐ D | | | $46,943.11 |
| 26 Tigunia, LLC PO Box 31014 Edmond OK 73003 | Bob Buseck bbuseck@tigunia.com Tel: 601-213-4913 | IT Services | ☐ C ☐ U ☐ D | | | $42,091.75 |

Debtor   **Taronis Fuels, Inc., et al.**

Case number *(if known)* **22-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 | Techniweld PO Box 44226 Atlanta GA 30336-1226 | Michael Farmer michael.farmer@techniweldusa.com Tel: 800 445-2152 | Supplier | ☐ C ☐ U ☐ D | | | $42,008.00 |
| 28 | Computers Unlimited 2407 Montana Ave Billings MT 59101 | Vickie Davis vickied@cu.net Tel: 406-255-9500 | IT Services | ☐ C ☐ U ☐ D | | | $39,272.62 |
| 29 | IWS - Industrial Welding Supply Co 125 Thruway Park Broussard LA 70518 | info@gasand supply.com Tel: 504 392-2400 | Supplier | ☐ C ☐ U ☐ D | | | $38,086.09 |
| 30 | FTI Consulting 16701 Melford Blvd. Suite 200 Bowie MD 20715 | Gary Goolsby gary.goolsby@fticonsulting.com Tel: 713-353-5442 | Consultants/ Accountants | ☐ C ☐ U ☐ D | | | $37,737.24 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TARONIS FUELS, INC., *et al.*,[1] | ) | Case No. 22- _____ (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

### LIST OF EQUITY HOLDERS[2]

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct ownership intertest in the above-captioned debtor and debtor in possession:

| Name | Last Known Address | Kind/Class of Interest | Number of Interests Held |
|---|---|---|---|
| 2268953 Ontario Limited | 92-1922 Country Rd. Elmvale, ON L0L 1P0, Canada | Common Stock | 200 |
| Alicia Abreu | Address Intentionally Omitted | Common Stock | 18,385 |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits (if any) of each Debtor's federal tax identification number include: Taronis Fuels, Inc. (7454), MagneGas Welding Supply – West, LLC (6662), Taronis Sub III LLC (5826), MagneGas Welding Supply – South, LLC (8686), MagneGas Real Estate Holdings, LLC (7412), MagneGas IP, LLC (0988), MagneGas Production, LLC (7727), Taronis Sub I LLC (4205), Taronis-TAS, LLC (2356), Taronis-TAH, LLC (3542), and Taronis Sub II LLC (9673).  The location of the Debtors' service address in these chapter 11 cases is 24980 N. 83rd Avenue, Suite 100, Peoria, Arizona 85383.

[2]   This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 cases.

| Name | Last Known Address | Kind/Class of Interest | Number of Interests Held |
|---|---|---|---|
| Carlos Abreu | Address Intentionally Omitted | Common Stock | 5,516 |
| Jose Abreu | Address Intentionally Omitted | Common Stock | 43,385 |
| Paul R. Adal | Address Intentionally Omitted | Common Stock | 20,000 |
| Adolfo Aguilar | Address Intentionally Omitted | Common Stock | 3,380 |
| Jose Aguilar | Address Intentionally Omitted | Common Stock | 3,379 |
| AL & J Media Inc. | 48 Wall Street 11th Floor New York, NY  10005 | Common Stock | 10,416 |
| Omar Alothaim | Address Intentionally Omitted | Common Stock | 1,666 |
| Miguel Alvarado | Address Intentionally Omitted | Common Stock | 5,966 |
| Rose Amaya | Address Intentionally Omitted | Common Stock | 3,718 |
| Nicholas J. Antoniou | Address Intentionally Omitted | Common Stock | 9,245 |
| Craig Apgar | Address Intentionally Omitted | Common Stock | 6,117 |
| Jack M. Armstrong | Address Intentionally Omitted | Common Stock | 27,554 |
| Article Fourth Trust | Claude Rolo Trustee 1724 Albion St. Denver, CO  80220 | Common Stock | 6,666 |
| Jesus Baena Buruel | Address Intentionally Omitted | Common Stock | 2,556 |
| Alexis Baena | Address Intentionally Omitted | Common Stock | 2,798 |
| Brad Baker | Address Intentionally Omitted | Common Stock | 18,333 |
| Robert Baker | Address Intentionally Omitted | Common Stock | 105,083 |
| Fred A. Beasley | Address Intentionally Omitted | Common Stock | 26,999 |
| Bespoke Growth Partners Inc. | Mark H Peikin 201 NE 6th St. Boca Raton, FL  33432 | Common Stock | 50,000 |
| Bibicoff Family Trust | Harvey Bibicoff Trustee 4101 Clarinda Dr. Tarzana, CA  91356 | Common Stock | 5,000 |
| BK Consulting Group LLC | Brian Kantor 21290 NE 23rd Ave. Miami, FL  33180 | Common Stock | 1,333 |
| Black Mountain Investment Company LLC | 8325 W Happy Valley Rd. Suite 220 Peoria, AZ  85383 | Common Stock | 338,247 |
| Kamil Blaszczak | Address Intentionally Omitted | Common Stock | 4,582 |
| Brent Boling | Address Intentionally Omitted | Common Stock | 2,206 |

| Name | Last Known Address | Kind/Class of Interest | Number of Interests Held |
|---|---|---|---|
| David W. Boral | Address Intentionally Omitted | Common Stock | 50,000 |
| Angel Borjas | Address Intentionally Omitted | Common Stock | 5,048 |
| James Bradshaw | Address Intentionally Omitted | Common Stock | 6,619 |
| Bruce Breiner | Address Intentionally Omitted | Common Stock | 5,074 |
| Karl Brewer | Address Intentionally Omitted | Common Stock | 41,666 |
| Dean E. Britting | Address Intentionally Omitted | Common Stock | 6,666 |
| Stephanie Bunay Camba | Address Intentionally Omitted | Common Stock | 8,825 |
| Edgar Cabrera | Address Intentionally Omitted | Common Stock | 4,225 |
| Hector Capetillo | Address Intentionally Omitted | Common Stock | 5,743 |
| Jonathan Carr | Address Intentionally Omitted | Common Stock | 4,617 |
| James Francis Catudal | Address Intentionally Omitted | Common Stock | 40,000 |
| Cavalry Fund I LP | 61 Kinderkamack Road Woodcliff Lake, NJ  07677 | Common Stock | 296,983 |
| Robbie Clark | Address Intentionally Omitted | Common Stock | 37,500 |
| William J. Clark | Address Intentionally Omitted | Common Stock | 79,252 |
| Clean Energies Tech | 90 Eastwinds Court Palm Harbor, FL  34683 | Common Stock | 1 |
| The Cleary Family 2006 Gst Trust FBO | Michael Lynch Trustee Morrissey Hawkins & Lynch Suite 3220 One International Place Boston, MA  02110 | Common Stock | 33,333 |
| Arieh Coll | Address Intentionally Omitted | Common Stock | 100,000 |
| John Michael Connors, III | Address Intentionally Omitted | Common Stock | 66,667 |
| Kevin P. Connors | Address Intentionally Omitted | Common Stock | 66,667 |
| John M Connors, Jr. | Address Intentionally Omitted | Common Stock | 133,334 |
| Timothy Connors | Address Intentionally Omitted | Common Stock | 33,333 |
| Richard J. Conz | Address Intentionally Omitted | Common Stock | 67,410 |
| Kevin Cook | Address Intentionally Omitted | Common Stock | 4,657 |
| Rob Cox | Address Intentionally Omitted | Common Stock | 25,000 |
| Crescendo Communications LLC | 995 Orion Ct. Merrick, NY  11566 | Common Stock | 9 |
| Margaret Wade De Neufville Delaware Trust FBO | Thomas P De Neufville Trustee 323 Main St. Chatham, NE  07928 | Common Stock | 90,000 |
| John P. De Neufville Descendants' Trust Share C | Thomas De Neufville Trustee 323 Main St., Fl. 2 Chatham, NJ  07928 | Common Stock | 26,666 |

3

| Name | Last Known Address | Kind/Class of Interest | Number of Interests Held |
|---|---|---|---|
| Delta Series of North Branch Capital LP | Thomas De Neufville 323 Main St., Fl. 2 Chatham, NJ  07928 | Common Stock | 216,666 |
| David Dent | Address Intentionally Omitted | Common Stock | 7,999 |
| Robert Denton | Address Intentionally Omitted | Common Stock | 6,635 |
| Michael Derosa | Address Intentionally Omitted | Common Stock | 4,419 |
| Carla Desota | Address Intentionally Omitted | Common Stock | 233 |
| Robert Dingess | Address Intentionally Omitted | Common Stock | 74,211 |
| John Dowd | Address Intentionally Omitted | Common Stock | 100,000 |
| Steve Dyer | Address Intentionally Omitted | Common Stock | 18,333 |
| Sean Egan | Address Intentionally Omitted | Common Stock | 1,333 |
| Emerging Markets Consulting LLC | 15701 State Road 50, Ste. 205 Clermont, FL  34711 | Common Stock | 35 |
| Veronica Espinoza | Address Intentionally Omitted | Common Stock | 2,669 |
| James Evans | Address Intentionally Omitted | Common Stock | 8,075 |
| Terry Fagan | Address Intentionally Omitted | Common Stock | 4,360 |
| Fast Balance Cede & Co. | 570 Washington Blvd. Jersey City, NJ  07310 | Common Stock | 4,693,437 |
| David Fenton | Address Intentionally Omitted | Common Stock | 8,749 |
| Jose Flores | Address Intentionally Omitted | Common Stock | 4,302 |
| Clayton Follbaum | Address Intentionally Omitted | Common Stock | 4,583 |
| Franger LLC | Grace Lovret 350 Fifth Ave. Ste. 5310 New York, NY  10118 | Common Stock | 9,164 |
| Edward J. Fred | Address Intentionally Omitted | Common Stock | 62,600 |
| Mark R. Gacek | Address Intentionally Omitted | Common Stock | 94,948 |
| Nicholas Galanos | Address Intentionally Omitted | Common Stock | 4,360 |
| Dania Gallardo | Address Intentionally Omitted | Common Stock | 2,658 |
| Silvia Gallegos Valencia | Address Intentionally Omitted | Common Stock | 3,250 |
| Brandon Gindt | Address Intentionally Omitted | Common Stock | 8,825 |
| Global Alpha LLC | 90 East Winds Court Palm Harbor, FL  34683 | Common Stock | 3 |
| Global Beta LLC | 90 East Winds Ct. Palm Harbor, FL  34683 | Common Stock | 3 |
| Robert Goff | Address Intentionally Omitted | Common Stock | 5,202 |
| Francisco Gomez Gazcon | Address Intentionally Omitted | Common Stock | 4,519 |
| Gilberto Gomez | Address Intentionally Omitted | Common Stock | 2,872 |
| Fidel Gonzalez | Address Intentionally Omitted | Common Stock | 2,774 |

| Name | Last Known Address | Kind/Class of Interest | Number of Interests Held |
|---|---|---|---|
| Nicholas Gorham | Address Intentionally Omitted | Common Stock | 223,489 |
| Shannon Gorham | Address Intentionally Omitted | Common Stock | 9,377 |
| Les Graff | Address Intentionally Omitted | Common Stock | 20,000 |
| Greg Graves | Address Intentionally Omitted | Common Stock | 33,333 |
| Robert Graves | Address Intentionally Omitted | Common Stock | 583 |
| Bill Greener | Address Intentionally Omitted | Common Stock | 16,666 |
| Timothy Lawrence Gutto | Address Intentionally Omitted | Common Stock | 2,376 |
| Kevin Harris | Address Intentionally Omitted | Common Stock | 18,333 |
| Rick Hartfiel | Address Intentionally Omitted | Common Stock | 18,334 |
| Eric Harthun | Address Intentionally Omitted | Common Stock | 20,000 |
| Robert Head | Address Intentionally Omitted | Common Stock | 3,748 |
| Derek Hendrixson | Address Intentionally Omitted | Common Stock | 9,994 |
| Luis Hernandez | Address Intentionally Omitted | Common Stock | 2,820 |
| Gilberto Hidalgo Ramirez | Address Intentionally Omitted | Common Stock | 3,380 |
| Hill City Capital Master Fund LP | Hill City Capital Gp LLC 16 Pinegrove Rd. Hingham, MA  02043 | Common Stock | 500,000 |
| Cheryl Hintzen | Address Intentionally Omitted | Common Stock | 16,667 |
| Brian Hogan | Address Intentionally Omitted | Common Stock | 120,000 |
| Innovator Capital Limited | Mungo Park 31 The Piper Building Petersborough Road London SW6 3EF, United Kingdom | Common Stock | 45,000 |
| Ionic Ventures LLC | Brendan O'Neil 3053 Fillmore St. Ste. 256 San Francisco, CA  94123 | Common Stock | 66,666 |
| Ivy L Zelman Irrevocable Trust Dated 12/19/12 | 35850 South Woodland Rd. Moreland Hills, OH  44022 | Common Stock | 86,956 |
| Timothy Jackson, Jr. | Address Intentionally Omitted | Common Stock | 4,656 |
| Brian Jacoby & Viktor Sekmakas JTTEN | Address Intentionally Omitted | Common Stock | 66,667 |
| Cecilia Jimenez | Address Intentionally Omitted | Common Stock | 18 |
| Jonathan Kasen | Address Intentionally Omitted | Common Stock | 125,000 |
| Kestrel Flight Fund LLC | Albert Hanser 149 Meadowbrook Rd. Weston, MA  02493 | Common Stock | 66,666 |
| Mohsen Khorassani | Address Intentionally Omitted | Common Stock | 8,665 |

| Name | Last Known Address | Kind/Class of Interest | Number of Interests Held |
|---|---|---|---|
| Kingwood Capital Markets | 590 Madison Ave., Fl. 39 New York, NY  10022 | Common Stock | 206,200 |
| Shelley M. Kitts | Address Intentionally Omitted | Common Stock | 1,333 |
| Joseph Knieriem | Address Intentionally Omitted | Common Stock | 22,199 |
| Alex Knopick | Address Intentionally Omitted | Common Stock | 10,000 |
| Jeffrey Kobylarz | Address Intentionally Omitted | Common Stock | 25,499 |
| Gerald Krieg & Kelli | Address Intentionally Omitted | Common Stock | 2,000 |
| Legendcap Opportunity Fund LLC | Evan Greenberg 565 Plandome Rd., Ste. 270 Manhasset, NY  11050 | Common Stock | 10,000 |
| Antonio Leura | Address Intentionally Omitted | Common Stock | 16,963 |
| Liminality Partners LP | 11 Arlington St. Boston, MA  02116 | Common Stock | 16,666 |
| Aaron Littleton | Address Intentionally Omitted | Common Stock | 33,334 |
| Peter Lynch | Address Intentionally Omitted | Common Stock | 41,666 |
| Scott Mahoney | Address Intentionally Omitted | Common Stock | 178,951 |
| Maria Mahony | Address Intentionally Omitted | Common Stock | 14,928 |
| Enrique Masia | Address Intentionally Omitted | Common Stock | 14 |
| Matthew Masucci | Address Intentionally Omitted | Common Stock | 13,333 |
| John McCarthy | Address Intentionally Omitted | Common Stock | 6,667 |
| Andrew McCormick | Address Intentionally Omitted | Common Stock | 33,334 |
| Matt McPherron | Address Intentionally Omitted | Common Stock | 125,000 |
| Uriel Mejia | Address Intentionally Omitted | Common Stock | 66 |
| James Merrick, II | Address Intentionally Omitted | Common Stock | 133 |
| Peter Molloy | Address Intentionally Omitted | Common Stock | 32,574 |
| The Money Channel NYC Inc. | Joseph G Grigoli 48 Wall St. Fl. 11 New York, NY  10005 | Common Stock | 55,000 |
| Johnny Moore, Jr. | Address Intentionally Omitted | Common Stock | 3,757 |
| James S. Morrow | Address Intentionally Omitted | Common Stock | 20,000 |
| Lily Mui | Address Intentionally Omitted | Common Stock | 8 |
| Alexander Muir | Address Intentionally Omitted | Common Stock | 3,646 |
| David Nagelberg | Address Intentionally Omitted | Common Stock | 50,000 |
| Eric Newell | Address Intentionally Omitted | Common Stock | 1,333 |
| Kristy Newell | Address Intentionally Omitted | Common Stock | 66 |
| Travis Nielson | Address Intentionally Omitted | Common Stock | 7,104 |
| Joe Nolan | Address Intentionally Omitted | Common Stock | 33,333 |

| Name | Last Known Address | Kind/Class of Interest | Number of Interests Held |
|---|---|---|---|
| Northlea Partners LLP | John H Abeles, MD<br>7235 Promenade Dr,. J-202<br>Boca Raton, FL  33433 | Common Stock | 4,111 |
| Lana Odom | Address Intentionally Omitted | Common Stock | 2,994 |
| Richard Offen | Address Intentionally Omitted | Common Stock | 25,000 |
| Sara A. Offringa | Address Intentionally Omitted | Common Stock | 2 |
| Jakob Ogdahl | Address Intentionally Omitted | Common Stock | 13,333 |
| Kevin J. O'Keefe | Address Intentionally Omitted | Common Stock | 50,000 |
| David Palmer | Address Intentionally Omitted | Common Stock | 8,749 |
| Mungo Park | Address Intentionally Omitted | Common Stock | 10,984 |
| Brittney Parrott | Address Intentionally Omitted | Common Stock | 1,324 |
| Mark Parrott | Address Intentionally Omitted | Common Stock | 1,999 |
| Brennan Pendley | Address Intentionally Omitted | Common Stock | 3,760 |
| Gavriel Perez | Address Intentionally Omitted | Common Stock | 4,808 |
| Samuel M. Peters | Address Intentionally Omitted | Common Stock | 866,667 |
| Luan Pham | Address Intentionally Omitted | Common Stock | 108,333 |
| Thang Pham | Address Intentionally Omitted | Common Stock | 16,667 |
| Benjamin Piggott | Address Intentionally Omitted | Common Stock | 150,000 |
| Edward Plascencia | Address Intentionally Omitted | Common Stock | 7,170 |
| Platinum Point Capital LLC | Brian Freifeld<br>353 Lexington Ave., Ste. 150<br>New York, NY  10016 | Common Stock | 66,667 |
| Point Financial Capital Partners LLC | 3318 E Kachina Dr.<br>Phoenix, AZ  85044 | Common Stock | 11 |
| Kevin Pollack | Address Intentionally Omitted | Common Stock | 36,474 |
| Armando Preciado | Address Intentionally Omitted | Common Stock | 6,381 |
| Puritan Partners LLC | Richard Smithline<br>4 Puritan Rd.<br>Rye, NY  10580 | Common Stock | 166,667 |
| Nadim Qureshi | Address Intentionally Omitted | Common Stock | 100,000 |
| Joseph T. Rallo | Address Intentionally Omitted | Common Stock | 50,000 |
| Gene Rashid | Address Intentionally Omitted | Common Stock | 17,424 |
| Bethany K. Reed | Address Intentionally Omitted | Common Stock | 666 |
| Peter Renner | Address Intentionally Omitted | Common Stock | 33,333 |
| Reserve Funding Group LLC | 15 W 47th S, Ste. 704<br>New York, NY  10036 | Common Stock | 3,999 |
| Tim Revels | Address Intentionally Omitted | Common Stock | 12,259 |
| Rogelio Reynosa | Address Intentionally Omitted | Common Stock | 6,446 |

| Name | Last Known Address | Kind/Class of Interest | Number of Interests Held |
|---|---|---|---|
| RFMF Partners LLC | 3100 N Ocean Blvd. Apartment 1803 Fort Lauderdale, FL 33308 | Common Stock | 16,666 |
| Alexandra Ritter | Address Intentionally Omitted | Common Stock | 662 |
| Rm Santilli Foundation | 90 Eastwinds Ct. Palm Harbor, FL 34683 | Common Stock | 1 |
| Rosa Rodezno-Amaya | Address Intentionally Omitted | Common Stock | 2,595 |
| Edgar Rodriguez | Address Intentionally Omitted | Common Stock | 9,487 |
| Richard D. Rogers | Address Intentionally Omitted | Common Stock | 3,333 |
| Victor Rosas Mendoza | Address Intentionally Omitted | Common Stock | 3,690 |
| Wilbur Ross | Address Intentionally Omitted | Common Stock | 1,333,334 |
| Ronald E. Ruyle | Address Intentionally Omitted | Common Stock | 96,668 |
| Ryan Ruyle | Address Intentionally Omitted | Common Stock | 50,000 |
| Ermanno Santilli | Address Intentionally Omitted | Common Stock | 5,909 |
| Kevin Schmitz | Address Intentionally Omitted | Common Stock | 41,667 |
| Mahmoud Sharaf | Address Intentionally Omitted | Common Stock | 73,333 |
| Jorge Sidoruk | Address Intentionally Omitted | Common Stock | 6,967 |
| The Special Equities Opportunities Fund LLC | 135 Sycamore Dr. Rosyln, NY 11576 | Common Stock | 1,00,000 |
| William W. Staunton III | Address Intentionally Omitted | Common Stock | 49,298 |
| Rick Steinseifer | Address Intentionally Omitted | Common Stock | 20,000 |
| Joe C. Stone | Address Intentionally Omitted | Common Stock | 5 |
| Jenna Stoneberg | Address Intentionally Omitted | Common Stock | 3,262 |
| Leslie Tampier | Address Intentionally Omitted | Common Stock | 2,848 |
| Scott Patrick Tanner | Address Intentionally Omitted | Common Stock | 1,666 |
| Tee Enterprises LLC | 338 Edgewood Ave. Smithtown, NY 11787 | Common Stock | 1,840 |
| Thirty Seven Capital Fund - Series 1 | Adam Aron Thirty Seven Capital Mgmt 375 Greenwich St. Ste. 814 New York, NY 10013 | Common Stock | 250,000 |
| Thirty Seven Capital Fund - Series 2 | Adam Aron Thirty Seven Capital Mgmt 375 Greenwich St. Ste. 814 New York, NY 10013 | Common Stock | 83,334 |
| Ham Thompson | Address Intentionally Omitted | Common Stock | 183,334 |
| Mary Pat Thompson | Address Intentionally Omitted | Common Stock | 46,666 |

| Name | Last Known Address | Kind/Class of Interest | Number of Interests Held |
|---|---|---|---|
| Three Rivers Business Consulting LLC | 23 Overlook Court Pittsburgh, PA 15222 | Common Stock | 11,111 |
| Stephen Toy | Address Intentionally Omitted | Common Stock | 166,666 |
| Remberto Triana | Address Intentionally Omitted | Common Stock | 2,758 |
| David Valle | Address Intentionally Omitted | Common Stock | 666 |
| Miguel Valle | Address Intentionally Omitted | Common Stock | 725 |
| Robert Vannurden | Address Intentionally Omitted | Common Stock | 17,427 |
| Sergey Vasnetsov | Address Intentionally Omitted | Common Stock | 133,333 |
| Steven Voight | Address Intentionally Omitted | Common Stock | 4,000 |
| Weiner Ventures Investment Trust C | 400 Atlantic Ave. Boston, MA 02110 | Common Stock | 500,000 |
| Daniel Weisz | Address Intentionally Omitted | Common Stock | 4,117 |
| Tobias Welo | Address Intentionally Omitted | Common Stock | 66,667 |
| The Tobias W. Welo Trust 2001 | Tobias W Welo Trustee 91 Dean Rd. Weston, MA 02493 | Common Stock | 133,333 |
| Thomas Wetherald | Address Intentionally Omitted | Common Stock | 1,766,667 |
| Julie A. White | Address Intentionally Omitted | Common Stock | 333 |
| Whittemore Investments LLC | Charles Allen 424 Gulph Creek Rd. Wayne, PA 19087 | Common Stock | 4,167 |
| Lindsay Wilkinson | Address Intentionally Omitted | Common Stock | 33,333 |
| Melinda Wilson | Address Intentionally Omitted | Common Stock | 4,130 |
| Tyler B. Wilson | Address Intentionally Omitted | Common Stock | 102,449 |
| Ryan Wong | Address Intentionally Omitted | Common Stock | 20,000 |
| World Wide Holdings LLC | 360 East 88th Street Apt. 2A New York, NY 10128 | Common Stock | 64 |
| Erica Wright | Address Intentionally Omitted | Common Stock | 4,704 |
| Yandow Trust | Address Intentionally Omitted | Common Stock | 33,334 |
| Joel Yanowitz & Amy B. Metzenbaum Rev Trust | Joel Yanowitz Trustee 3 Stanton Way Mill Valley, CA 94941 | Common Stock | 6,666 |
| Rodrigo Yara | Address Intentionally Omitted | Common Stock | 4,476 |
| Jimmy Yelverton | Address Intentionally Omitted | Common Stock | 6,080 |
| Jim Zavoral | Address Intentionally Omitted | Common Stock | 10,000 |
| David S. Zelman Irrevocable Trust Dated 11/29/2012 | 35850 South Woodland Rd. Moreland Hills, OH 44022 | Common Stock | 86,957 |

9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TARONIS FUELS, INC., *et al.*,[1] | ) | Case No. 22- _____ (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## CONSOLIDATED STATEMENT OF CORPORATE OWNERSHIP

Pursuant to rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Taronis Fuels, Inc. ("Taronis") and its affiliated debtors and debtors in possession (the "Debtors") respectfully represent as follows:

- Lead-Debtor Taronis is the ultimate parent of all debtor entities and provides centralized management and administrative services for the Debtors.

- Taronis owns 100% of the equity interests in MagneGas Welding Supply – West, LLC.

- Taronis owns 100% of the equity interests in Taronis Sub III LLC ("Taronis Sub III").

- Taronis owns 100% of the equity interests in MagneGas Welding Supply – South, LLC.

- Taronis owns 100% of the equity interests in MagneGas Real Estate Holdings, LLC.

- Taronis owns 100% of the equity interests in MagneGas IP, LLC.

- Taronis owns 100% of the equity interests in MagneGas Production, LLC.

- Taronis owns 100% of the equity interests in Taronis Sub I LLC ("Taronis Sub I").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits (if any) of each Debtor's federal tax identification number include: Taronis Fuels, Inc. (7454), MagneGas Welding Supply – West, LLC (6662), Taronis Sub III LLC (5826), MagneGas Welding Supply – South, LLC (8686), MagneGas Real Estate Holdings, LLC (7412), MagneGas IP, LLC (0988), MagneGas Production, LLC (7727), Taronis Sub I LLC, LLC (4205), Taronis-TAS, LLC (2356), Taronis-TAH, LLC (3542), and Taronis Sub II LLC (9673). The location of the Debtors' service address in these chapter 11 cases is 24980 N. 83rd Avenue, Suite 100, Peoria, Arizona 85383.

- Taronis owns 100% of the equity interests in non-debtor MagneGas Limited.

- Taronis owns 100% of the equity interests in non-debtor MagneGas Ireland Limited ("MagneGas Ireland").

- Taronis Sub III owns 100% of the equity interests in Taronis-TAS, LLC.

- Taronis Sub III owns 100% of the equity interests in Taronis-TAH, LLC.

- Taronis Sub I owns 100% of the equity interests in Taronis Sub II LLC.

- Non-debtor MagneGas Ireland owns 100% of the equity interests in non-debtor Taronis Netherlands B.V.

**Fill in this information to identify the case:**

Debtor name    **Taronis Fuels, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration

**Consolidated Statement of Corporate Ownership and List of Equity Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/11/2022**          X_____
DocuSigned by:
[signature]
28E1B75921D14CD...

Signature of individual signing on behalf of debtor

**R. Jered Ruyle**
Printed name

**Chief Executive Officer, Taronis Fuels, Inc.**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors