# EXHIBIT C

# Letter

December 14, 2022

To whom it may concern;

On counsel from my attorney, I am not giving you keys and alarm code to 1590 East Kentucky Avenue, Woodland, CA.

If you can produce a copy of a signed agreement that includes the pay out amount to Robert Baker and Joseph Knieriem for the above property plus any moneys owed Robert and Joseph personally.

Joe Knieriem

Partner L.B.J.