# EXHIBIT E

**Wells Fargo Email**

**From:** bbgpayoffs@wellsfargo.com
**Date:** December 19, 2022 at 5:22:51 AM PST
**To:** jogdahl@att.net
**Subject: RE: job 2065472259 Payoff Letter Request - Loan #5192366449**

Hello,

We will need borrower authorization with a written signature in order to move forward with your request.

Kind regards,
BBG Payoffs

 

**From:** Jakob Ogdahl <jogdahl@att.net>
**Sent:** Friday, December 16, 2022 4:44 PM
**To:** BBGPayoffs <BBGPayoffs@wellsfargo.com>
**Subject:** job 2065472259 Payoff Letter Request - Loan #5192366449

Hello,

I would like to request a Payoff Letter for the above refereenced loan, details below:

Loan #5192366449

Loan Name: LBJ

Loan Address: 9737 Dynasty Way, Elk Grove, CA 95624

Thank You,

Jakob Ogdahl
619-849-9998