# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TARONIS FUELS, INC., *et al.*,[1] | Case No. 22-11121 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

**ORDER SHORTENING NOTICE IN CONNECTION WITH THE DEBTORS' MOTION TO COMPEL**

Upon consideration of the *Motion for an Order Shortening Notice in Connection with the Debtors' Motion to Compel* (the "Motion to Shorten");[2] and the Court having jurisdiction to approve the Motion to Shorten; and due notice having been given of the Motion to Shorten; and the Court having reviewed the Motion to Shorten and any responses to the Motion to Shorten; and the Court having jurisdiction to consider the Motion to Shorten under 28 U.S.C. §§ 157 and 1334; and having found that this is a core proceeding under 28 U.S.C. § 157(b); and having found that notice of the Motion to Shorten was sufficient under the circumstances; and having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The Motion to Shorten is GRANTED, as set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits (if any) of each Debtor's federal tax identification number include: Taronis Fuels, Inc. (7454), MagneGas Welding Supply – West, LLC (6662), Taronis Sub III LLC (5826), MagneGas Welding Supply – South, LLC (8686), MagneGas Real Estate Holdings, LLC (7412), MagneGas IP, LLC (0988), MagneGas Production, LLC (7727), Taronis Sub I LLC (4205), Taronis-TAS, LLC (2356), Taronis-TAH, LLC (3542), and Taronis Sub II LLC (9673). The location of the Debtors' service address in these chapter 11 cases is 24980 N. 83rd Avenue, Suite 100, Peoria, Arizona 85383.

[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion to Shorten.

2. The notice of the Hearing on the Motion to Compel is hereby shortened.

3. The Motion to Compel will be heard at the hearing scheduled before the Court on **_____, 202\_ at \_\_:\_\_ \_.m. (ET)** (the "Hearing").

4. Objections to the Motion to Compel shall be filed no later than _____, 202\_ **at _____.m. (ET)**.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to this Order.